**Civil Court of the City of New York**

County of Kings

141 Livingston Street, Brooklyn, NY 11201

Index Number: NC-000381-25/KI

**ORDER GRANTING
NAME CHANGE**

In the Matter of the Application of
**NATALYA GRABOVSKAYA AKA NATALYA G AKA
NATALYA EDVINOVNA GRABOVSKAYA**
For Leave to Change Their Name To
**NATALYA LERNER**

Upon the application for a Name Change by the Petitioner(s), verified on March 12, 2025, and the court being satisfied that the petition is true, and that there is no reasonable objection to the change(s) proposed, it is hereby **ORDERED** that,

The individual currently known as (First) **NATALYA** (Last) **GRABOVSKAYA AKA NATALYA G AKA NATALYA EDVINOVNA GRABOVSKAYA** who was born on May 27, 1970 at/in UKRAINE, with USA PASSPORT #A13893218
EXP 01/24/2033 as proof of birth, since no birth certificate is available, is authorized to assume the name of (First) **NATALYA** (Last) **LERNER** in place of their present name, and shall be known by no other name.

It is further **ORDERED** that,
- The Petitioner(s) shall serve a certified copy of this order upon the following city, state, or federal agency(ies) based upon the following reasoning and good cause: BANKRUPTCY COURT - EASTERN DISTRICT

It is further **ORDERED** that this Order be entered and the papers on which it was granted be filed in the office of the Clerk of the Civil Court of the City of New York, County of Kings, and that the authorizations contained herein are contingent upon full compliance with the provisions and directives of this Order.

Dated: 6/24/25

Signed: _____

HON. CARMEN A. PACHECO

**ENTERED**

JUN 2 4 2025

**CIVIL COURT
KINGS COUNTY**

NYC CIVIL COURT
KINGS COUNTY

JUN 25 2025

CERTIFIED COPY OF
ORIGINAL PAPER

**Civil Court of the City of New York**
County of Kings

Index No: **NC-000381-25/KI**

In the matter of the application of the Petitioner(s) for leave to change name(s) from:
(First) **NATALYA** (Last) **GRABOVSKAYA** (First) **AKA NATALYA G**
**AKA NATALYA EDVINOVNA GRABOVSKAYA** to (First)
**NATALYA** (Last) **LERNER**

**Certification
of a Document**

I, Tanya Faye, Chief Clerk, do hereby certify that I have compared the attached copy with

the original document on file in my office and that it is a correct and complete transcript of the

original.

No. of Pages: 2                    by: 2

June 25, 2025

*Tanya Faye*

Tanya Faye, Chief Clerk

NYC CIVIL COURT
KINGS COUNTY

JUN 25 2025

CERTIFIED COPY OF
ORIGINAL PAPER